# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                  CRIMINAL NO. 09-mj-30133

v.

HOWARD JOSEPH QUANT,
a/k/a "44",

_____/

FILED
APR 20 2009
CLERK'S OFFICE
DETROIT

### ORDER GRANTING LEAVE TO DISMISS COMPLAINT

Upon motion of the United States Attorney with notice to counsel for the defendants, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that leave to dismiss the complaint against HOWARD JOSEPH QUANT, defendant herein, be and is granted; and

IT IS FURTHER ORDERED that the complaint against defendant herein, be and is dismissed without prejudice and that the appearance bond issued thereunder is canceled.

                                                                   **HONORABLE R. STEVEN WHALEN**
                                                                   United States Magistrate Judge

Entered: 4/20/09